# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARNELL McGARY

JUDGMENT IN A CIVIL CASE

v.

KELLY CUNNINGHAM, et al.,

CASE NUMBER: C10-5440BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the report and recommendation for the reasons stated herein.

| September 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

_s/CM Gonzalez_
Deputy Clerk